IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| EDDIE PRINCE ROBINSON, III, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAFN: 4:16-CV-179-WTM-GRS |
| | ) |
| JOHN WILCHER, CHATHAM | ) |
| COUNTY SHERIFF IN HIS | ) |
| OFFICIAL CAPACITY, CORIZON | ) |
| HEALTH, INC., JOSEPH MOYSE, | ) |
| M.D, CARL FAULKS, M.D, AND | ) |
| JOHN DOES 1-99, | |
| | |
| Defendant. | |

## NOTICE REGARDING NOTICE OF REMOVAL

COME NOW Defendants John Wilcher, in his Official Capacity as Chatham County Sheriff, Corizon Health, Inc., and Carl Faulks, M.D., and, pursuant to this Court's Notice dated July 1, 2016 (doc. 3), notify the Court that there were no pending motions in the Superior Court action at the time of removal to this Court.

Respectfully submitted this 11th day of July, 2016.

CARLOCK, COPELAND & STAIR, L.L.P.

*s/Thomas S. Carlock*
THOMAS S. CARLOCK
State Bar No.: 110200
EMILY C. WARD
State Bar No. 500999

Attorneys for Defendant Corizon Health, Inc.
and Dr. Carl Faulks

One Ninety One Peachtree Tower
191 Peachtree Street, NE
Suite 3600

Atlanta, Georgia  30303
404-522-8220
tcarlock@carlockcopeland.com
eward@carlockcopeland.com

        OLIVER MANER LLP

        *s/Benjamin M. Perkins*
        BENJAMIN M. PERKINS
        State Bar No.: 140997
        LAUREN E. H. MEADOWS
        State Bar No. 575757

        Attorneys for Defendant John Wilcher

218 West State Street
Savannah, GA 31401
800-554-5128
bperkins@olivermaner.com
lmeadows@olivermaner.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing pleading upon all parties to this matter by the CM/ECF system:

| William R. Claiborne<br>THE CLAIBORNE FIRM, P.C.<br>410 E. Bay St.<br>Savannah, GA 31401<br>will@claibornefirm.com | David J. Utter<br>S. WESLEY WOOLF, P.C.<br>408 E. Bay St.<br>Savannah, GA 31401<br>utter@woolflawfirm.net | Thomas S. Carlock<br>Carlock, Copeland & Stair, LLC<br>191 Peachtree Street NE<br>Suite 3600<br>Atlanta, GA 30303 |
|---|---|---|

This 11th day of July, 2016.

                                        OLIVER MANER LLP

                                        *s/Benjamin M. Perkins*
                                        BENJAMIN M. PERKINS
                                        State Bar No.: 140997
                                        LAUREN E. H. MEADOWS
                                        State Bar No. 575757

                                        Attorneys for Defendant John Wilcher

218 West State Street
Savannah, GA 31401
800-554-5128
bperkins@olivermaner.com
lmeadows@olivermaner.com