IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| EDDIE PRINCE ROBINSON, III, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )  CAFN: 4:16-CV-179-WTM-GRS |
| | ) |
| JOHN WILCHER, CHATHAM | ) |
| COUNTY SHERIFF IN HIS OFFICIAL | ) |
| CAPACITY, CORIZON HEALTH, INC., | ) |
| JOSEPH MOYSE, M.D, CARL FAULKS, | ) |
| M.D, AND JOHN DOES 1-99, | ) |
| | |
|    Defendant. | |

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

Having read and considered the Motion to Withdraw as Counsel filed by Sheriff John Wilcher, it is hereby ORDERED that the Motion be GRANTED. The Clerk is directed to terminate Lauren E.H. Meadows as counsel of record for Sheriff Wilcher.

SO ORDERED this __ day of _____, 2017

_____
The Honorable William T. Moore, Jr.
United States District Court
Southern District of Georgia

Order Prepared By:

Oliver Maner LLP
Benjamin M. Perkins
Lauren E.H. Meadows
PO Box 10186
Savannah, GA 31412
(912) 236-3311
(912) 236-8725 facsimile
bperkins@olivermaner.com
lmeadows@olivermaner.com