# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| EDDIE PRINCE ROBINSON, III | ) |
| Plaintiff, | ) |
| v. | ) CV416-179 |
| JOHN WILCHER, *et al.* | ) |
| Defendants. | ) |

## ORDER

One of the defendants in this case, Carl Faulks, M.D., has notified the Court that he has filed for Chapter 13 bankruptcy. Doc. 50 at 1. He moved to stay "this action" against all defendants. *Id.* at 2 (Proposed Order). Neither the plaintiff nor any other defendant has responded to Faulks' motion, indicating that it is unopposed. *See.* S.D. Ga. L. Civ. R. 7.5 (failure to respond "shall indicate there is no opposition to a motion"). Accordingly, his motion (doc. 50) is **GRANTED** and this action is stayed until further Order of the Court. The parties shall keep this Court advised of the progress of the bankruptcy proceedings.

**SO ORDERED,** this  8th  day of August, 2017.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA