IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| EDDIE PRINCE ROBINSON, III, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>JOHN WILCHER, CHATHAM )<br>COUNTY SHERIFF IN HIS )<br>OFFICIAL CAPACITY, CORIZON )<br>HEALTH, INC., JOSEPH MOYSE, )<br>M.D, CARL FAULKS, M.D, AND )<br>JOHN DOES 1-99, )<br>)<br>   Defendants. | CAFN: 4:16-CV-179-WTM-GRS |

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW Sheriff John Wilcher, by and through the undersigned counsel, and hereby moves the Court for an order withdrawing Patrick W. Hinchey as counsel of record due to his resignation from Oliver Maner LLP. Benjamin M. Perkins of Oliver Maner LLP will continue to serve as lead counsel for Sheriff John Wilcher.

A proposed Order is attached hereto.

This 8th day of December, 2017.

                                              OLIVER MANER LLP

                                              */s/ Patrick W. Hinchey*
                                              BENJAMIN M. PERKINS
                                              State Bar No. 140997
                                              PATRICK W. HINCHEY
                                              State Bar No. 184794

P.O. Box 10186
Savannah, GA 31412                          Attorneys for Sheriff John Wilcher

(912) 236-3311 telephone
(912) 236-8725 facsimile
bperkins@olivermaner.com
phinchey@olivermaner.com

<u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this day served the foregoing **Motion to Withdraw as Counsel** upon all parties in this case in accordance with the directives from the Court Notice of Electronic Filing ("NEF"), which was generated as a result of electronic filing to the following:

| | |
|---|---|
| William R. Claiborne<br>Cameron Kuhlman<br>The Claiborne Firm, P.C.<br>410 E. Bay St.<br>Savannah, GA 31401<br>will@claibornefirm.com | S. Wesley Woolf<br>David J. Utter<br>S. Wesley Woolf, P.C.<br>408 E. Bay St.<br>Savannah, GA 31401<br>utter@woolflawfirm.net |
| Brynda Rodriguez Insley<br>Philip A. Henderson<br>Insley & Race, LLC<br>The Mayfair Royal<br>181 14th Street NE<br>Suite 200<br>Atlanta, GA 30309 | Thomas S. Carlock<br>Eric J. Frisch<br>Carlock, Copeland & Stair, LLC<br>191 Peachtree Street NE<br>Suite 3600<br>Atlanta, GA 30303 |

This 8th day of December, 2017.

OLIVER MANER LLP

<u>/s/ Patrick W. Hinchey</u>
BENJAMIN M. PERKINS
State Bar No. 140997
PATRICK W. HINCHEY
State Bar No. 184794

P.O. Box 10186
Savannah, GA 31412          Attorneys for Sheriff John Wilcher
(912) 236-3311 telephone
(912) 236-8725 facsimile
bperkins@olivermaner.com
phinchey@olivermaner.com