# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| EDDIE PRINCE ROBINSON, III, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV416-179 |
| SHERIFF JOHN WILCHER, in his official capacity, *et al.*, | ) ) ) ) | |
| Defendants. | ) | |

## ORDER

Defendant Carl Faulks' bankruptcy proceedings having concluded (doc. 57), the stay of proceedings is **LIFTED**. The parties are **ORDERED** to meet and confer to agree upon a proposed scheduling within 10 days of service of this Order. Their joint proposed Order shall be filed within 21 days of service of this Order.

**SO ORDERED,** this __15th__ day of January, 2019.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA