IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

EDDIE PRINCE ROBINSON, III, )
)
Plaintiff, )
)
v. ) CASE NO. CV416-179
)
JOHN WILCHER, Chatham County )
Sheriff, in his official )
capacity; CORIZON HEALTH, )
INC.; JOSEPH MOYSE, M.D.; )
CARL FAULKS, M.D.; and JOHN )
DOES 1-99; )
)
Defendants. )
)

## O R D E R

Before the Court is the parties' Stipulation to Dismiss With Prejudice Defendant Sheriff John Wilcher. (Doc. 69.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested, Plaintiff's claims against Defendant Sheriff John Wilcher are **DISMISSED WITH PREJUDICE** with each party to bear its own costs and attorneys' fees.

SO ORDERED this 23rd day of April 2019.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA