IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

EDDIE PRINCE ROBINSON, III, )
)
    Plaintiff, )
)
v. ) CASE NO. CV416-179
)
CORIZON HEALTH, INC.; JOSEPH )
MOYSE, M.D.; CARL FAULKS, )
M.D.; and JOHN DOES 1-99; )
)
    Defendants. )
)

## O R D E R

Before the Court is the parties' Stipulation to Dismiss With Prejudice Defendants Corizon Health, Inc. and Carl Faulks, M.D. (Doc. 73.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested, Plaintiff's claims against Defendants Corizon Health, Inc. and Carl Faulks, M.D. are **DISMISSED WITH PREJUDICE** with each party to bear its own costs and attorneys' fees.

SO ORDERED this 18th day of July 2019.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA