# United States District Court
## Southern District of Georgia

EDDIE PRINCE ROBINSON, III,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV416-179

JOSEPH MOYSE, M.D., and JOHN DOES 1-99,

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated February 13, 2020, this case is dismissed without prejudice and stands closed.

February 13, 2020
*Date*

Scott L. Poff
*Clerk*

*(By) Deputy Clerk*